UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| George W. Lyons, Jr., Alicia L. Sturgess, Mark C. Lyons, Chad M. Lyons, Daria L. O'Connor, Kent C. Lyons, M. Natica Lyons, M. Elizabeth L. Powers, William C. Lyons, Jr., Timothy P. Lyons, Mark C. Lyons, Trustee of the George W. Lyons, Jr. Family Trust | : Civil Action No: 3:01 CV1106 (RNC) |
| v. | : |
| The Bilco Company | : March 2, 2004 |

### MOTION FOR CONFERENCE PURSUANT TO RULE 16

Plaintiff George W. Lyons, Jr. respectfully requests that this matter be scheduled for a conference pursuant to Rule 16, F.R.Civ.P., either before the Court or a Magistrate Judge, for purposes of:

    a.    scheduling the matter for trial; and/or
    b.    discussing the feasibility of settlement.

In support of this motion, plaintiff states as follows:

1.    The aforementioned plaintiff is 86 years of age, and seeks to recover in this action substantial monies he has alleged are being wrongfully withheld from him.

2.    The Court denied the parties' cross-motions for summary judgment on September 30, 2003.

3.    To date, the parties have not resolved the dispute, and, absent negotiated resolution with the assistance of the Court, it appears as though adjudication will be necessary.

WHEREFORE, plaintiff requests that a conference be held for purposes of discussing the matters described above.

                                                                     _____
Robert A. Harris (ct#06759)

Zeldes, Needle & Cooper
A Professional Corporation
1000 Lafayette Boulevard
Bridgeport, CT  06604
Telephone:  (203) 333-9441
Facsimile: (203) 333-1489
E-Mail: rharris@znclaw.com

Attorneys for Plaintiffs

## CERTIFICATION

      This is to certify that a copy of the foregoing has been sent via first class U.S. Mail, postage prepaid, to the following parties of record:

Maurice T. FitzMaurice, Esq.
Fed. Bar. No. ct04302
REID AND RIEGE, P.C.
One Financial Plaza
Hartford, CT 06103
Ph. (860) 278-1150


Dated at Bridgeport, Connecticut this       day of March 2004.


                                                                                                _____
                                                                                              Robert A. Harris