*filed*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Telephone Conference Calendar

Honorable Robert N. Chatigny, U.S.D.J.
PLAINTIFF'S COUNSEL MUST INITIATE CALL
CHAMBERS TELEPHONE NUMBER
860-240-3659

April 5, 2004

11:00 A.M.

CASE NO. **3-01-cv-1106(RNC)**     **Lyons, et al., v. The Bilco Co.**
Motion for Conference Pursuant to Rule 16 [doc. 54]

Robert A. Harris
Marie A. Casper
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740

Maurice T. Fitzmaurice
Jennifer R. Lucarelli
Edward F. Spinella
Reid & Riege, P.C.
One Financial Plaza
755 Main Street, 21st Floor
Hartford, CT 06103-3185

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK

*Counsel will inform the Court on jury or bench trial. Case will be referred for settlement conference.*