UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

FILED
2004 APR -6  P 3: 17
U.S. DISTRICT COURT
HARTFORD, CT.

GEORGE W. LYONS, JR., ET AL
    -Plaintiff(s)

-v-                      NO. 3:01 CV 1106 (RNC)

THE BILCO COMPANY
    -Defendant(s)

ORDER

A settlement conference will be held before the undersigned on **JUNE 9, 2004, at 10:00 a.m.** The parties shall submit **ex parte** statements (including damages analyses) to the Chambers of Judge Smith, Room 258, not to exceed three pages, no later than 3 calendar days prior to the conference. **Facsimiles will not be accepted**. Counsel shall be accompanied by the appropriate persons with the authority to settle. It will not be sufficient for such individuals to be "available by telephone." See Nick v. Morgan's Foods, Inc., 99 F. Supp. 2d 1056, 1062-63 (E.D. Mo. 2000).

IT IS SO ORDERED.

Dated at Hartford, Connecticut, this 6th day of April, 2004.

_____
Thomas P. Smith
United States Magistrate Judge