UNITED STATES DISTRICT COURT

DISTRICT OF CONNECTICUT

```
GEORGE W. LYONS, JR., ET AL.,     :
                                  :
        Plaintiffs,               :
                                  :
        v.                        : CASE NO. 3:01CV1106(RNC)
                                  :
BILCO COMPANY,                    :
                                  :
        Defendant.                :
```

REFERRAL TO MAGISTRATE JUDGE

This case is hereby referred to Magistrate Judge Thomas P. Smith for the following:

____ To confer with the parties and enter the scheduling order required by F.R.Civ.P. 16(b) (orefmisc./misc);

____ To supervise discovery and resolve discovery disputes (orefmisc./dscv);

____ A ruling on all pretrial motions except dispositive motions, as permitted by 28 U.S.C. § 636(b)(1)(B) (orefmisc./dscv);

_X_ To conduct settlement conferences (orefmisc./cnf);

____ To conduct a prefiling conference (orefmisc./cnf);

____ To assist the parties in preparing a joint trial memorandum (orefmisc./misc);

____ A ruling on the following pending motions (orefm.):
_____
_____
_____

So ordered.

Dated at Hartford, Connecticut this     day of April 2004.


_____          _____
                                               /s/RNC
                                         Robert N. Chatigny
                                    United States District Judge