UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| George W. Lyons, Jr., Alicia L. Sturgess, | : | |
| Mark C. Lyons, Chad M. Lyons, | : | APPEARANCE |
| Daria L. O'Connor, Kent C. Lyons, | : | |
| M. Natica Lyons, M. Elizabeth L. Powers, | : | |
| William C. Lyons, Jr., Timothy P. Lyons, | : | Civil Action No: |
| Mark C. Lyons, Trustee of the | : | 3:01 CV1106 (RNC) |
| George W. Lyons, Jr. Family Trust | : | |
| | : | |
| v. | : | |
| | : | |
| The Bilco Company | : | JUNE 21, 2004 |

**To the Clerk of this court and all parties of record:**

**Enter my appearance as counsel in this case for:** Defendant, THE BILCO COMPANY

_____6/21/04_____      _____/s/ Peter K. Rydel_____
Date                                   Peter K. Rydel, Esquire
                                       REID and RIEGE, P.C.
                                       One Financial Plaza
                                       Hartford, CT 06103
                                       Rocky Hill, CT 06067-0997
                                       Tel. (860) 240-1023   Fax. (860) 240-1002
                                       ct124793
                                       prydel@reidandriege.com

**CERTIFICATE OF SERVICE**

I hereby certify that a copy of the foregoing Appearance was mailed, via first-class mail, postage prepaid, this 21st day of June, 2004, to the following:

*Attorney for Plaintiffs*
Robert A. Harris, Esquire
Zeldes, Needle & Cooper
1000 Lafayette Boulevard
Bridgeport CT 06604

_____/s/ Peter K. Rydel_____
Peter K. Rydel