UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| George W. Lyons, Jr., Alicia L. Sturgess, : | |
| Mark C. Lyons, Chad M. Lyons, : | Civil Action No: |
| Daria L. O'Connor, Kent C. Lyons, : | 3:01 CV1106 (RNC) |
| M. Natica Lyons, M. Elizabeth L. Powers, : | |
| William C. Lyons, Jr., Timothy P. Lyons, : | |
| Mark C. Lyons, Trustee of the : | |
| George W. Lyons, Jr. Family Trust : | |
| : | |
| v. : | |
| : | |
| The Bilco Company : | JUNE 21, 2004 |

## NOTICE OF MANUAL FILING

Defendant The Bilco Company ("Bilco") hereby notifies the Court of its manual filing of the following Motions in Limine in the above-captioned case:

1. Defendant's Motion in Limine to Exclude the Testimony of Plaintiffs' Expert Witness Joshua Teplitzky, JD, CPA (with accompanying Appendix);

2. Defendant's Motion in Limine to Exclude Certain Testimony Related to Plaintiff's Breach of Contract and CUTPA Claims; and

3. Defendant's Motion in Limine to Exclude all Testimony Related to U.S. Patent # 5,960,596.

Pursuant to the Court's undated Pretrial Order (Chatigny, U.S.D.J.), the parties submit their Joint Pretrial Memorandum in electronic format contemporaneously with this Notice.

Due to the exhibits accompanying Bilco's Motions in Limine, Bilco was unable to file said Motions electronically. Bilco, however, will submit said Motions, along with their exhibits, in electronic format by Thursday, June 24, 2004.

                **DEFENDANT**
                **THE BILCO COMPANY**

By   /s/ Peter K. Rydel
      Peter K. Rydel
      Fed. I.D. # ct24793
      Reid and Riege, P.C.
      One Financial Plaza
      Hartford, CT 06103
      Tel: (860) 278-1150
      Fax: (860) 240-1002
      Its Attorneys

## **CERTIFICATE OF SERVICE**

I hereby certify that on this 21st day of June 2004, a copy of the foregoing was sent by electronic mail and by first class mail, postage prepaid, to the following:

> *Attorney for Plaintiffs*
> Robert A. Harris, Esquire
> Zeldes, Needle & Cooper
> 1000 Lafayette Boulevard
> Bridgeport CT 06604

/s/ Peter K. Rydel
Peter K. Rydel

00961.000/362762.1