**TAB 8**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| George W. Lyons, Jr., Alicia L. Sturgess, : <br> Mark C. Lyons, Chad M. Lyons, <br> Daria L. O'Connor, Kent C. Lyons, <br> M. Natica Lyons, M. Elizabeth L. Powers, : <br> William C. Lyons, Jr., Timothy P. Lyons, <br> Mark C. Lyons, Trustee of the <br> George W. Lyons, Jr. Family Trust <br><br> v. <br><br> The Bilco Company | : Civil Action No: <br> :   3:01 CV1106 (RNC) <br> : <br> : <br> : <br> : <br> : <br> : <br> : <br> : June 21, 2004 |

## DEFENDANT'S PROPOSED
## JURY INTERROGATORIES

Pursuant to Federal Rule of Civil Procedure 49(b), Defendant requests that the following interrogatories be submitted to the jury:

1. On Count 4, Plaintiff George Lyons, Jr.'s breach of contract claim, do you find that Bilco's roof flashing mechanism that does not contain the resilient filler material called "Pak-Rope" is encompassed by the George Lyons, Jr. Bilclip Patent, U.S. Patent # 4,941,300?

2. On Count 4, Plaintiff George Lyons, Jr.'s breach of contract claim, do you find that Bilco's roof flashing mechanism that does not contain the resilient filler material called "Pak-Rope" is not encompassed literally by the George Lyons, Jr. Bilclip Patent, U.S. Patent # 4,941,300, but is encompassed by the

George Lyons, Jr. Bilclip Patent, U.S. Patent # 4,941,300, under the doctrine of equivalents?

Case 3:01-cv-01106-RNC   Document 60-9   Filed 06/22/2004   Page 3 of 3