**TAB 7**

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

George W. Lyons, Jr., Alicia L. Sturgess,     :
Mark C. Lyons, Chad M. Lyons,                 :  Civil Action No: 3:01 CV1106 (RNC)
Daria L. O'Connor, Kent C. Lyons,             :
M. Natica Lyons, M. Elizabeth L. Powers,      :
William C. Lyons, Jr., Timothy P. Lyons,      :
Mark C. Lyons, Trustee of the                 :
George W. Lyons, Jr. Family Trust             :
                                              :
v.                                            :
                                              :
The Bilco Company                             :

## PLAINTIFFS' PROPOSED VERDICT FORM

First Count—Federal Securities Fraud

   1.  On the claim of the plaintiff George W. Lyons, Jr. against the defendant,

The Bilco Company, asserting federal securities fraud, we, the undersigned

jurors, find in favor of (check one):

               _____ Plaintiff George W. Lyons, Jr. or

               _____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of*

*the plaintiffs.]*

     We, the undersigned jurors, assess the damages of the plaintiff George

W. Lyons, Jr. at $_____ (fill in amount) on his claim for federal securities

fraud.

2.  On the claim of the plaintiff Alicia L. Sturgess against the defendant,
The Bilco Company, asserting federal securities fraud,  we, the undersigned
jurors, find in favor of (check one):

_____ Plaintiff Alicia L. Sturgess, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of
the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff Alicia L.
Sturgess  at $_____ (fill in amount) on her claim for federal securities
fraud.


3.  On the claim of the plaintiff Mark C. Lyons against the defendant,
The Bilco Company, asserting federal securities fraud,  we, the undersigned
jurors, find in favor of (check one):

_____ Plaintiff Mark C. Lyons, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of
the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff Mark C.
Lyons at $_____ (fill in amount) on his claim for federal securities fraud.


4.  On the claim of the plaintiff Chad M. Lyons against the defendant,

The Bilco Company, asserting federal securities fraud,  we, the undersigned jurors, find in favor of (check one):

     _____ Plaintiff Chad M. Lyons, or

     _____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

   We, the undersigned jurors, assess the damages of the plaintiff Chad M. Lyons at $_____ (fill in amount) on his claim for federal securities fraud.


  5.  On the claim of the plaintiff Daria L. O'Connor  against the defendant, The Bilco Company, asserting federal securities fraud, we, the undersigned jurors, find in favor of (check one):

     _____ Plaintiff Daria L. O'Connor, or

     _____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

   We, the undersigned jurors, assess the damages of the plaintiff Daria L. O'Connor at $_____ (fill in amount) on her claim for federal securities fraud.


  6.  On the claim of the plaintiff Kent C. Lyons against the defendant, The Bilco Company, asserting federal securities fraud,  we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff Kent C. Lyons, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff Kent C. Lyons at $_____ (fill in amount) on his claim for federal securities fraud.

7.  On the claim of the plaintiff M. Natica Lyons against the defendant, The Bilco Company, asserting federal securities fraud,  we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff M. Natica Lyons, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff M. Natica Lyons at $_____ (fill in amount) on her claim for federal securities fraud.

8.  On the claim of the plaintiff M. Elizabeth L. Powers against the defendant, The Bilco Company, asserting federal securities fraud,  we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff M. Elizabeth L. Powers, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff M. Elizabeth L. Powers at $_____ (fill in amount) on her claim for federal securities fraud.

9.  On the claim of the plaintiff William C. Lyons, Jr. against the defendant, The Bilco Company, asserting federal securities fraud,  we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff William C. Lyons, Jr., or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff William C. Lyons, Jr. at $_____ (fill in amount) on his claim for federal securities fraud.

10. On the claim of the plaintiff Timothy P. Lyons against the defendant, The Bilco Company, asserting federal securities fraud,  we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff Timothy P. Lyons, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff Timothy P. Lyons at $_____ (fill in amount) on his claim for federal securities fraud.

11. On the claim of the plaintiff Mark C. Lyons, Trustee of the George W. Lyons, Jr. Family Trust against the defendant, The Bilco Company, asserting federal securities fraud, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff Mark C. Lyons, Trustee of the George

W. Lyons, Jr. Family Trust

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff Mark C. Lyons, Trustee of the George W. Lyons, Jr. Family Trust at $_____ (fill in amount) on his claim for federal securities fraud.

Second Count—Connecticut Securities Fraud

12. On the claim of the plaintiff George W. Lyons, Jr. against the defendant, The Bilco Company, asserting Connecticut securities fraud, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff George W. Lyons, Jr. or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff George W. Lyons, Jr. at $_____ (fill in amount) on his claim for Connecticut securities fraud.

13. On the claim of the plaintiff Alicia L. Sturgess against the defendant, The Bilco Company, asserting Connecticut securities fraud, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff Alicia L. Sturgess, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff Alicia L. Sturgess  at $_____ (fill in amount) on her claim for Connecticut securities fraud.

14. On the claim of the plaintiff Mark C. Lyons against the defendant, The Bilco Company, asserting Connecticut securities fraud, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff Mark C. Lyons, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff Mark C. Lyons at $_____ (fill in amount) on his claim for Connecticut securities fraud.

15. On the claim of the plaintiff Chad M. Lyons against the defendant, The Bilco Company, asserting Connecticut securities fraud, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff Chad M. Lyons, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff Chad M. Lyons at $_____ (fill in amount) on his claim for Connecticut securities fraud.

16. On the claim of the plaintiff Daria L. O'Connor against the defendant, The Bilco Company, asserting Connecticut securities fraud, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff Daria L. O'Connor, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff Daria L. O'Connor at $_____ (fill in amount) on her claim for Connecticut securities fraud.

17. On the claim of the plaintiff Kent C. Lyons against the defendant, The Bilco Company, asserting Connecticut securities fraud, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff Kent C. Lyons, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff Kent C. Lyons at $_____ (fill in amount) on his claim for Connecticut securities fraud.

18. On the claim of the plaintiff M. Natica Lyons against the defendant, The Bilco Company, asserting Connecticut securities fraud, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff M. Natica Lyons, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff M. Natica Lyons at $_____ (fill in amount) on her claim for Connecticut securities fraud.

19. On the claim of the plaintiff M. Elizabeth L. Powers against the defendant, The Bilco Company, asserting Connecticut securities fraud, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff M. Elizabeth L. Powers, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff M. Elizabeth L. Powers at $_____ (fill in amount) on her claim for Connecticut securities fraud.

20. On the claim of the plaintiff William C. Lyons, Jr. against the defendant, The Bilco Company, asserting Connecticut securities fraud, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff William C. Lyons, Jr., or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff William C. Lyons, Jr. at $_____ (fill in amount) on his claim for Connecticut securities fraud.

21. On the claim of the plaintiff Timothy P. Lyons against the defendant, The Bilco Company, asserting Connecticut securities fraud, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff Timothy P. Lyons, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff Timothy P. Lyons at $_____ (fill in amount) on his claim for Connecticut securities fraud.

22. On the claim of the plaintiff Mark C. Lyons, Trustee of the George W. Lyons, Jr. Family Trust against the defendant, The Bilco Company, asserting Connecticut securities fraud, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff Mark C. Lyons, Trustee of the George

W. Lyons, Jr. Family Trust

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff Mark C. Lyons, Trustee of the George W. Lyons, Jr. Family Trust at $_____ (fill in amount) on his claim for Connecticut securities fraud.

Third Count—Common Law Fraud

23. On the claim of the plaintiff George W. Lyons, Jr. against the defendant, The Bilco Company, asserting common law fraud, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff George W. Lyons, Jr. or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff George W. Lyons, Jr. at $_____ (fill in amount) on his claim for common law fraud.

24. On the claim of the plaintiff Alicia L. Sturgess against the defendant, The Bilco Company, asserting common law fraud, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff Alicia L. Sturgess, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff Alicia L. Sturgess  at $_____ (fill in amount) on her claim for common law fraud.

25. On the claim of the plaintiff Mark C. Lyons against the defendant, The Bilco Company, asserting common law fraud,  we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff Mark C. Lyons, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff Mark C. Lyons at $_____ (fill in amount) on his claim for common law fraud.

26. On the claim of the plaintiff Chad M. Lyons against the defendant, The Bilco Company, asserting common law fraud,  we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff Chad M. Lyons, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff Chad M.

Lyons at $_____ (fill in amount) on his claim for common law fraud.


27. On the claim of the plaintiff Daria L. O'Connor  against the defendant,

The Bilco Company, asserting common law fraud,  we, the undersigned jurors,

find in favor of (check one):

          _____ Plaintiff Daria L. O'Connor, or

          _____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of*

*the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff Daria L.

O'Connor at $_____ (fill in amount) on her claim for common law fraud.


28. On the claim of the plaintiff Kent C. Lyons against the defendant,

The Bilco Company, asserting common law fraud,  we, the undersigned jurors,

find in favor of (check one):

          _____ Plaintiff Kent C. Lyons, or

          _____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of*

*the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff Kent C.

Lyons at $_____ (fill in amount) on his claim for common law fraud.

29. On the claim of the plaintiff M. Natica Lyons against the defendant, The Bilco Company, asserting common law fraud, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff M. Natica Lyons, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff M. Natica Lyons at $_____ (fill in amount) on her claim for common law fraud.

30. On the claim of the plaintiff M. Elizabeth L. Powers against the defendant, The Bilco Company, asserting common law fraud, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff M. Elizabeth L. Powers, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff M. Elizabeth L. Powers at $_____ (fill in amount) on her claim for common law fraud.

31. On the claim of the plaintiff William C. Lyons, Jr. against the defendant,

The Bilco Company, asserting common law fraud, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff William C. Lyons, Jr., or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff William C. Lyons, Jr. at $_____ (fill in amount) on his claim for common law fraud.

32. On the claim of the plaintiff Timothy P. Lyons against the defendant, The Bilco Company, asserting common law fraud, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff Timothy P. Lyons, or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff Timothy P. Lyons at $_____ (fill in amount) on his claim for common law fraud.

33. On the claim of the plaintiff Mark C. Lyons, Trustee of the George W. Lyons, Jr. Family Trust against the defendant, The Bilco Company, asserting common law fraud, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff Mark C. Lyons, Trustee of the George

W. Lyons, Jr. Family Trust

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff Mark C. Lyons, Trustee of the George W. Lyons, Jr. Family Trust at $_____ (fill in amount) on his claim for common law fraud.


Fourth Count—Breach of Contract

34. On the claim of the plaintiff George W. Lyons, Jr. against the defendant, asserting breach of contract, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff George W. Lyons, Jr. or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of the plaintiffs.]*

We, the undersigned jurors, assess the damages of the plaintiff George W. Lyons, Jr. at $_____ (fill in amount) on his claim for breach of contract.



Fifth Count—CUTPA

34. On the claim of the plaintiff, George W. Lyons, Jr. against the defendant,

The Bilco Company, for violation of the Connecticut Unfair and Deceptive Trade

Practices Act, we, the undersigned jurors, find in favor of (check one):

_____ Plaintiff, George W. Lyons, Jr. or

_____ Defendant, The Bilco Company

*[Note: Complete the following paragraph only if the above finding is in favor of*
*the plaintiff.]*

We, the undersigned jurors, assess the damages of the plaintiff at

$_____ (fill in amount) for violation of the Connecticut Unfair and

Deceptive Trade Practices Act.


Attorneys' Fees

35. We, the undersigned jurors, find that plaintiffs

_____ are, or

_____are not

entitled to recover from defendant The Bilco Company reasonable attorneys'

fees.

*[Note: Complete the following paragraph only if the above finding is in favor of*
*the plaintiff.]*

We, the undersigned jurors, find that plaintiffs are entitled to recover from

The Bilco Company reasonable attorneys' fees in the amount of $_____.

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

George W. Lyons, Jr., Alicia L. Sturgess, :
Mark C. Lyons, Chad M. Lyons,            : Civil Action No:
Daria L. O'Connor, Kent C. Lyons,        :  3:01 CV1106 (RNC)
M. Natica Lyons, M. Elizabeth L. Powers,:
William C. Lyons, Jr., Timothy P. Lyons, :
Mark C. Lyons, Trustee of the            :
George W. Lyons, Jr. Family Trust        :
                                         :
v.                                       :
                                         :
The Bilco Company                        : June 21, 2004

## DEFENDANT'S PROPOSED
## JURY INTERROGATORIES

Pursuant to Federal Rule of Civil Procedure 49(b), Defendant

requests that the following interrogatories be submitted to the jury:

1.     On Count 4, Plaintiff George Lyons, Jr.'s breach of contract

       claim, do you find that Bilco's roof flashing mechanism that

       does not contain the resilient filler material called "Pak-Rope"

       is encompassed by the George Lyons, Jr. Bilclip Patent, U.S.

       Patent # 4,941,300?

2.     On Count 4, Plaintiff George Lyons, Jr.'s breach of contract

       claim, do you find that Bilco's roof flashing mechanism that

       does not contain the resilient filler material called "Pak-Rope"

       is not encompassed literally by the George Lyons, Jr. Bilclip

       Patent, U.S. Patent # 4,941,300, but is encompassed by the

George Lyons, Jr. Bilclip Patent, U.S. Patent # 4,941,300,

under the doctrine of equivalents?