**TAB 2**

Tab 2-- Plaintiffs' Proposed Exhibits

| | | Date | Bates |
|---|---|---|---|
| Plff. Ex. 1 | Bilco/Inventors Agreement | 7-Aug-58 | 178-181 |
| Plff. Ex. 2 | Agreement of Ownership of Certain Inventions | 1-Oct-58 | 182-184 |
| Plff. Ex. 3 | Agreement of Sale of Certain Inventions | 1-Oct-58 | 185-190 |
| Plff. Ex. 4 | First Amendment to Agreement of Ownership | 3-Aug-62 | 191-193 |
| Plff. Ex. 5 | Supplemental Agreement to Agreement of Ownership | 1-Oct-65 | 194-196 |
| Plff. Ex. 6 | Supplemental Agreement to Agreement of Sale | 1-Oct-65 | 197-200 |
| Plff. Ex. 7 | Second Supplemental Agreement to Agreement of Ownership | 4-Jun-81 | 201-203 |
| Plff. Ex. 8 | Second Supplemental Agreement to Agreement of Sale | 4-Jun-81 | 204-207 |
| Plff. Ex. 9 | Memorandum Agreement | 13-Mar-84 | 208-209 |
| Plff. Ex. 10 | Third Supplemental Agreement to Agreement of Ownership | 12-Sep-84 | 210-216 |
| Plff. Ex. 11 | Third Supplemental Agreement to Agreement of Sale | 12-Sep-84 | 217-221 |
| Plff. Ex. 12 | George W. Lyons, Jr. Patent on Roofing System, 4,941,300 | 17-Jul-90 | 890-895 |
| Plff. Ex. 13 | Assignment | 18-Jun-91 | 222-224 |
| Plff. Ex. 14 | Assignment by George W. Lyons, Jr. to Bilco | 29-Sep-92 | |
| Plff. Ex. 15 | Fourth Supplemental Agreement to Agreement of Ownership | 1-Sep-94 | 225-230 |
| Plff. Ex. 16 | Fourth Supplemental Agreement to Agreement of Sale | 1-Sep-94 | 231-239 |
| Plff. Ex. 17 | Bilco Specialty Access Products 1996 Catalog | | |
| Plff. Ex. 18 | Reid and Riege Memorandum to Bilco Board | 17-Oct-97 | 647-656 |
| Plff. Ex. 19 | Duff & Phelps 1997 Valuation | | |
| Plff. Ex. 20 | Roger F. Joyce Assignment of Anchorage System | 6-Apr-98 | 106-107 |
| Plff. Ex. 21 | Roger F. Joyce Assignment of Gasket System | 6-Apr-98 | 109-110 |
| Plff. Ex. 22 | Robert Lyons, Sr. Assignment of Roofing Mechanism | 19-Jun-98 | 99-100 |
| Plff. Ex. 23 | Duff & Phelps 1998 Valuation | | 250-293 |
| Plff. Ex. 24 | List of Bilco Patents Assembled by Chad Lyons | 20-Jan-99 | 459 |
| Plff. Ex. 25 | Fifth Supplemental Agreement to Agreement for Sale | 24-May-99 | 240-249 |
| Plff. Ex. 26 | Settlement and Reorganization Agreement | 21-Jun-99 | |
| Plff. Ex. 27 | List of Bilco Products Embodying Patents | 21-Jun-99 | 485 |
| Plff. Ex. 28 | Robert Lyons, Sr. Patent on Roofing System, 5,960,596 | 5-Oct-99 | 140-146 |
| Plff. Ex. 29 | Posi Flash diagram from Bilco catalog | | |
| Plff. Ex. 30 | Management Planning, Inc. November 12, 1999 Valuation | | 519-645 |

| | | | |
|---|---|---|---|
| Plff. Ex. 31 | Management Planning, Inc. December 31, 1999 Addendum | | |
| Plff. Ex. 32 | Bilco Board Meeting Minutes | 18-Jan-00 | 647-656 |
| Plff. Ex. 33 | Bilco Board Meeting Minutes | 26-Oct-00 | 691-693 |
| Plff. Ex. 34 | Bilco Board Meeting Minutes | 19-Dec-00 | 694-696 |
| Plff. Ex. 35 | Correspondence Robert Lyons, Jr. to George Lyons, Jr. | 30-Mar-01 | 697-700 |
| Plff. Ex. 36 | Correspondence George Lyons, Jr. to Robert Lyons, Jr. | 12-Apr-01 | 174 |
| Plff. Ex. 37 | Correspondence Robert Lyons, Jr. to George Lyons, Jr. | 19-Apr-01 | 175 |
| Plff. Ex. 38 | Correspondence Robert Lyons, Sr. to George Lyons, Jr. | 27-Apr-01 | 176 |
| Plff. Ex. 39 | Bilco Specialty Access Products 2001 Catalog | | 177 |
| Plff. Ex. 40 | Excerpts from deposition of The Bilco Company (by Roger Joyce) | | |
| Plff. Ex. 41 | Excerpts from deposition of Robert Lyons, Sr. | | |
| Plff. Ex. 42 | Mock-up of Membrane connection to Scuttle (small) | | |
| Plff. Ex. 43 | Mock-up of Membrane connection to Scuttle (large) | | |
| Plff. Ex. 44 | Mock-up of Biclip fastener | | |
| Plff. Ex. 45 | Mock-up of PosiFlash fastener | | |
| Plff. Ex. 46 | Sample of PakRope | | |
| Plff. Ex. 47 | Bilco Board Meeting Minutes | 17-May-01 | 707-709 |
| Plff. Ex. 48 | Revenues for products utilizing patents (1995-Aug. 2001) | undated | 1 |
| Plff. Ex. 49 | Bilco Company Royalties Paid (1995-October 2, 2001) | undated | 2 |
| Plff. Ex. 50 | Bilco's Interrogatory Responses | 22-Oct-01 | |
| Plff. Ex. 51 | Teplitzky & Company Report | 10-Jul-02 | |
| Plff. Ex. 52 | Bilco Sales Reports | | |
| Plff. Ex. 53 | Retainer Agreement | | |
| Plff. Ex. 54 | Attorneys' Bills | | |
| Plff. Ex. 55 | http://63.118.235.72/patents.htm | | |
| Plff. Ex. 56 | http://63.118.235.72/about.htm | | |
| Plff. Ex. 57 | ftp://63.118.235.72/bilcoweb/submittal/SS.pdf | | |
| Plff. Ex. 58 | http://63.118.235.72/roofscuttles/index.htm | | |
| Plff. Ex. 59 | http://63.118.235.72/roofscuttles/index.htm | | |
| Plff. Ex. 60 | http://www.aecinfo.com/1/resourcefile/00/23/10/bilco05.htm | | |
| Plff. Ex. 61 | http://www.visualibrary.com/1/resourcefile/00/23/10/bilco06.htm | | |
| Plff. Ex. 62 | http://63.118.235.72/index-2.htm | | |

Plff. Ex. 63    http://63.118.235.72/index-2.htm
Plff. Ex. 64    http://63.118.235.72/index-2.htm