# TAB 1B

## Tab 1b -- DEFENDANT'S PROPOSED VOIR DIRE QUESTIONS

1. Are you, or have you ever been, a member, officer, director, or shareholder of a closely-held company or a family-owned company?

2. If so, have you ever been involved in any way in any disputes or litigation in connection with your interest in such a company?

3. To your knowledge, do you own any Bilco Company products?

4. Have you ever experienced any problems with a Bilco product?

5. If so, please describe the problem

6. Have you ever been a party to a lawsuit?

7. If so, please describe the case.

8. Did the outcome of that case leave you with a negative attitude toward lawsuits

9. Has any member of your family ever been a party to a lawsuit?

10. If so, please describe the case.

11. Did the outcome of that case leave you with a negative attitude toward lawsuits.

12. Have you ever made a claim against a family member or had a serious dispute with a family member?

13. If so, please describe the claim or dispute..

14. Has any family member ever made a claim against you?

15. If so, please describe the claim.

16. Have you ever made a claim that a company or person deprived you of money in a business transaction?

17. Do you believe that, simply because a person files a lawsuit, that the person is entitled to a monetary award?

00961.001/362254.1

18. Under our procedure, the Plaintiffs present evidence first. Will you be able to keep an open mind about this case until all of the evidence is presented by both the Plaintiffs and the Defendant?

19. If this case takes two weeks to complete, will your service as a juror present problems for you with your family or your job?

20. Do you believe that the procedure by which juries decide cases like this is a fair system?

00961.001/362254.1