**TAB 3**

## Tab 3 -- Defendant's Exhibits

| EXHIBIT NO. | DATE | DESCRIPTION | SOURCE |
|---|---|---|---|
| 1 | 4/7/00 | Letter from Robert J. Lyons to DeLio | Interrogatories |
| 2 | 6/1/00 | DeLio & Peterson invoice | Interrogatories |
| 3 | 7/31/00 | Memo from Roger Joyce to Robert J. Lyons, Sr. | Interrogatories |
| 4 | 9/8/98 | Letter from Zangari to Nolan | Joyce, Roger |
| 5 | 9/11/98 | Assignment of Roofing Mechanism Patent | Joyce, Roger |
| 6 | 1/29/99 | Lyons Term Sheet | Joyce, Roger |
| 7 | 5/24/99 | Fifth Supplemental Agreement to Agreement for Sale of Certain Inventions | Joyce, Roger |
| 8 | 10/9/99 | Roger Joyce's patent review | Joyce, Roger |
| 9 | 7/18/00 | Bilco engineering change requested | Joyce, Roger |
| 10 | 0/0/96 | Bilco catalog | Joyce, Roger |
| 11 | 4/0/97 | Template of Notice to Shareholders | Joyce, Roger |
| 12 | 5/0/98 | Template of Notice to Shareholders | Joyce, Roger |
| 13 | 5/0/99 | Template of Notice to Shareholders | Joyce, Roger |
| 14 | Undated | Photograph of Posi-Flash System | Joyce, Roger |
| 15 | Undated | Roger Joyce's review of PacRope claims in George Lyons's patent | Joyce, Roger |
| 16 | 3/2/88 | Three-page memo on present value of annuities | Kosowsky, J. Allen |
| 17 | 10/9/97 | Confidentiality Agreement re Kosowsky retention by William Lyons, Jr. | Kosowsky, J. Allen |
| 18 | 10/20/97 | Notes re Zangari meeting | Kosowsky, J. Allen |
| 19 | 10/21/97 | Notes | Kosowsky, J. Allen |
| 20 | 2/25/98 | Review of Due Diligence Documents | Kosowsky, J. Allen |
| 21 | 2/26/98 | Letter from Zangari to Nolan | Kosowsky, J. Allen |
| 22 | 3/13/98 | Notes | Kosowsky, J. Allen |
| 23 | 3/14/98 | Memo from Kosowsky to Zangari | Kosowsky, J. Allen |
| 24 | 3/15/98 | Kosowsky fax to Zangari re conversation with Bill Lyons, Jr. | Kosowsky, J. Allen |
| 25 | 3/23/98 | Letter from Kosowsky to Zangari | Kosowsky, J. Allen |
| 26 | 4/7/98 | Letter from Zangari to Nolan | Kosowsky, J. Allen |
| 27 | 4/15/98 | Kosowsky bill through 4/15/98 | Kosowsky, J. Allen |
| 28 | 2/23/99 | Email from Kosowsky to Zangari and Mark Lyons | Kosowsky, J. Allen |
| 29 | 2/27/99 | Email from Kosowsky to Zangari re patent pool | Kosowsky, J. Allen |
| 30 | 3/4/99 | Bill dated March 4, 1999 | Kosowsky, J. Allen |
| 31 | 3/16/99 | Fax from Zangari to Kosowsky | Kosowsky, J. Allen |

| EXHIBIT NO. | DATE | DESCRIPTION | SOURCE |
|---|---|---|---|
| 33 | Undated | Excerpt from Shannon Pratt treatise | Kosowsky, J. Allen |
| 34 | 10/22/97 | Letter from Zangari to W. Lyons, Jr. | Lyons, Bill |
| 35 | 5/13/99 | William Lyons, Jr. to Howat -- requesting annual report | Lyons, Bill |
| 36 | 5/24/99 | Email Bill Lyons to Zangari | Lyons, Bill |
| 37 | 5/24/99 | William Lyons, Jr. memo | Lyons, Bill |
| 38 | 5/25/99 | Fax to Belt from William Lyons | Lyons, Bill |
| 39 | 5/25/99 | Letter from Zangari to Belt | Lyons, Bill |
| 40 | 5/27/99 | Fax George Lyons to Zangari | Lyons, Bill |
| 41 | 6/4/99 | William Lyons to Belt | Lyons, Bill |
| 42 | 6/18/99 | Release 2 (Bill Lyons) | Lyons, Bill |
| 43 | 6/18/99 | Release 1 (Bill Lyons) | Lyons, Bill |
| 44 | 7/25/01 | William Lyons, Jr. to Connolly | Lyons, Bill |
| 45 | 2/26/98 - 5/11/99 | Zangari bills | Lyons, Bill |
| 46 | 2/28/98 - 5/11/99 | Zangari bills | Lyons, Bill |
| 47 | 4/14/98 - 6/9/99 | Zangari bills | Lyons, Bill |
| 48 | 4/14/98 - 6/9/99 | Zangari bills | Lyons, Bill |
| 49 | 10/24/01 | Plaintiffs' Amended Complaint in Lyons, Jr. et al v. Fairfax | Lyons, Bill |
| 50 | 4/6/99 | Letter from Robert Lyons, Jr. to John | Lyons, Bill |
| 51 | 11/9/01 | Plaintiff's Amended Complaint in Lyons, Jr. et al v. Fairfax | Lyons, Bill |
| 52 | 4/5/99 | Memo from Christopher Lyons to The Steering Committee | Lyons, Bill |
| 53 | 6/17/05 | 1995 Catalog -- p. 2 | Lyons, George |
| 54 | 6/18/05 | 1996 Catalog -- p. 2 | Lyons, George |
| 55 | 6/19/05 | 1997 Catalog -- p. 2 | Lyons, George |
| 56 | 6/20/05 | 1998 Catalog -- p. 2 | Lyons, George |
| 57 | 6/21/05 | 1999 Catalog -- p. 2 | Lyons, George |
| 58 | 9/29/92 | Assignment by George Lyons, Jr. | Lyons, George |
| 59 | 5/1/98 | Bilco Report to Shareholders | Lyons, George |
| 60 | 11/25/98 | Letter from Zangari to clients | Lyons, George |
| 61 | 1/21/99 | Fax Zangari to Nolan | Lyons, George |
| 62 | 1/21/99 | Fax from Zangari to Nolan | Lyons, George |
| 63 | 2/1/99 | Zangari to Nolan -- Signed Term Sheet | Lyons, George |
|  |  | Letter from Zagari to Nolan -- Mark Lyons Notes on the back re |  |
| 64 | 2/1/99 | 5/24/99 meeting | Lyons, George |
| 65 | 2/7/99 | Zangari to Attys. For Parties | Lyons, George |
| 66 | 4/6/99 | Letter from Bilco to John Lyons | Lyons, George |
| 67 | 6/15/99 | Release 1 (George Lyons) | Lyons, George |
| 68 | 6/21/99 | Release 2 (George Lyons) | Lyons, George |

| EXHIBIT NO. | DATE | DESCRIPTION | SOURCE |
|---|---|---|---|
| 69 | 6/30/00 | Zangari affidavit | Lyons, George |
| 70 | 3/30/01 | Letter from Bilco to George Lyons, Jr. | Lyons, George |
| 71 | 4/12/01 | Letter from George Lyons, Jr. to Bilco | Lyons, George |
| 72 | 4/19/01 | Letter from Bilco to George Lyons, Jr. | Lyons, George |
| 73 | 4/27/01 | Letter from Robert Lyons to George Lyons, Jr. | Lyons, George |
| 74 | 6/11/01 | Complaint in *William C. Lyons, Jr. v. Fairfax* | Lyons, George |
| 75 | 6/15/01 | Complaint in *George W. Lyons, Jr. et al v. Bilco* | Lyons, George |
| 76 | 10/24/01 | Amended Complaint in *William C. Lyons, Jr. v. Fairfax* | Lyons, George |
| 77 | 9/29/02 | Assignment by George Lyons, Jr. | Lyons, George |
| 78 | 0/00/95 | 1995 Catalog -- p. 2 | Lyons, George |
| 79 | 0/00/96 | 1996 Catalog -- p. 2 | Lyons, George |
| 80 | 0/00/97 | 1997 Catalog -- p. 2 | Lyons, George |
| 81 | 0/00/98 | 1998 Catalog -- p. 2 | Lyons, George |
| 82 | 0/00/99 | 1999 Catalog -- p. 2 | Lyons, George |
| 83 | 5/00/98 | Bilco report to Shareholders -- 4 new patents | Lyons, George |
| 84 | 1/18/99 | List of Bilco Patents (fax line) | Lyons, Mark |
| 85 | 2/1/99 | Zangari letter with Mark's notes on 0273A | Lyons, Mark |
| 86 | 6/3/99 | Letter from Harris to Zangari and Nolan | Lyons, Mark |
| 87 | 6/18/99 | Release 1 (Mark Lyons) | Lyons, Mark |
| 88 | 6/18/99 | Release 2 (Mark Lyons) | Lyons, Mark |
| 89 | 6/21/99 | Bilco list of "Live" Patents | Lyons, Mark |
| 90 | 6/21/99 | Bilco list of all Patents in Pool | Lyons, Mark |
| 91 | 6/98/99 | Letter from Harris to Nolan | Lyons, Mark |
| 92 | Undated | Chad Lyons patent chart | Lyons, Mark |
| 93 | 6/16/98 | Letter from Tim to Zangari | Lyons, Tim |
| 94 | 9/26/98 | Letter Tim to Zangari | Lyons, Tim |
| 95 | 03/04/99 | Letter from Tim to Zangari | Lyons, Tim |
| 96 | 6/14/99 | Letter from Tim to Bill, Kathy, Anne, Tina and Tom | Lyons, Tim |
| 97 | 8/18/99 | Fax from Tim to Zangari | Lyons, Tim |
| 98 | 9/13/99 | Fax from Tim to Zangari | Lyons, Tim |
| 99 | 9/27/99 | Fax from Tim to Zangari | Lyons, Tim |
| 100 | 10/1/99 | Memo from Zangari to Tim | Lyons, Tim |
| 101 | 8/7/50 | Patent Pool Agreement | Summary Judgment |
| 102 | 10/1/58 | Agreement of Ownership of Certain Inventions | Summary Judgment |
| 103 | 10/1/58 | Agreement of Ownership of Certain Inventions | Summary Judgment |
| 104 | 8/3/62 | First Amendment to Agreement of Ownership of Certain Inventions and Related Matters | Summary Judgment |

| EXHIBIT NO. | DATE | DESCRIPTION | SOURCE |
|---|---|---|---|
| 105 | 10/1/65 | Supplemental Agreement to Agreement of Ownership of Certain Inventions | Summary Judgment |
| 106 | 10/1/65 | Supplemental Agreement to Agreement of Sale of Certain Inventions | Summary Judgment |
| 107 | 6/4/81 | Second Supplemental Agreement to Agreement of Ownership of Certain Inventions | Summary Judgment |
| 108 | 6/4/81 | Second Supplemental Agreement to Agreement of Sale of Certain Inventions | Summary Judgment |
| 109 | 9/12/84 | Third Supplemental Agreement to Agreement of Ownership of Certain Inventions | Summary Judgment |
| 110 | 9/12/84 | Third Supplemental Agreement to Agreement of Sale of Certain Inventions | Summary Judgment |
| 111 | 6/18/91 | Assignment of George W. Lyons, Deceased's, right, title and interest in Patent Pool to George, Jr., Edward, Robert J., | Summary Judgment |
| 112 | 9/1/94 | Fourth Supplemental Agreement to Agreement of Ownership of Certain Inventions | Summary Judgment |
| 113 | 9/1/94 | Fourth Supplemental Agreement to Agreement of Sale of Certain Inventions | Summary Judgment |
| 114 | 12/20/96 | Letter from John, Bob, Ed, Bill to George Lyons, Jr. Agreement | Summary Judgment |
| 115 | 2/6/98 | Letter from Zangari to Nolan | Summary Judgment |
| 116 | 2/25/98 | Letter from Zangari to Nolan | Summary Judgment |
| 117 | 3/25/98 | Fax from Bill to Zangari of first page of 12/03/96 letter to Howat off?" | Summary Judgment |
| 118 | 5/2/98 | Questions and comments re Duff & Phelps Valuation Analysis, April 1998 revision sent from Bill to Mario Zangari | Summary Judgment |
| 119 | 8/28/98 | Fax from George Lyons, Jr. to Mark | Summary Judgment |
| 120 | 9/8/98 | Letter from Zangari to Nolan settlement | Summary Judgment |
| 121 | 10/16/98 | Chart of Patent Pool | Summary Judgment |
| 122 | 2/3/99 | Fax from Zangari to George, Bill Sr., Bill Jr., Mark, Tim and Chris completion of Lyons term | Summary Judgment |
| 123 | 2/3/99 | Memo from Christine Barker to Zangari | Summary Judgment |
| 124 | 3/2/99 | Letter to Settling Shareholders from The Steering Committee | Summary Judgment |
| 125 | 3/11/99 | Memo from RFC to MJZ | Summary Judgment |
| 126 | 3/12/99 | Letter from Zangari to George Lyons, Jr. | Summary Judgment |
| 127 | 3/15/99 | Fax from Mark Lyons to Zangari | Summary Judgment |
| 128 | 3/16/99 | Same as above but clearer fax from Mark Lyons to Zangari | Summary Judgment |
| 129 | 3/17/99 | Memo from Cohn to Zangari | Summary Judgment |
| 130 | 3/17/99 | Fax to Mark from Dad | Summary Judgment |
| 131 | 3/19/99 | Letter from Zangari to George | Summary Judgment |

| EXHIBIT NO. | DATE | DESCRIPTION | SOURCE |
|---|---|---|---|
| 132 | 3/27/99 | Fax to Mark from Dad | Summary Judgment |
| 133 | 3/31/99 | Fax from Zangari to Mark | Summary Judgment |
| 134 | 4/5/99 | Fax from Zangari to Will Sr., Edward, Mark | Summary Judgment |
| 135 | 4/6/99 | Letter from Bob Lyons, Jr. to Remaining Shareholders (John) re preliminary financial results as of 12/31/98 | Summary Judgment |
| 136 | 4/14/99 | Fax to Zangari from Bill Lyons, Jr. | Summary Judgment |
| 137 | 4/23/99 | Fax from Mark Lyons to Zangari; cc Bill Lyons, Jr. | Summary Judgment |
| 138 | 5/3/99 | Fax from Zangari to Nolan | Summary Judgment |
| 139 | 5/18/99 | Mark Lyons Initial Outline for Litigation | Summary Judgment |
| 140 | 5/20/99 | Letter from Christine Barker to Rob Harris and Mark Lyons | Summary Judgment |
| 141 | 5/20/99 | Letter from Christine Barker to David Reynolds | Summary Judgment |
| 142 | 5/24/99 | Hand-written notes "Topics / Mario" | Summary Judgment |
| 143 | 5/24/99 | Schedule 12.1 Consent to Class A Common Stock Shareholder Fifth Supplemental Agreement to Agreement for Sale of Certain Inventions | Summary Judgment |
| 144 | 5/24/99 | Note from George to Mario | Summary Judgment |
| 145 | 5/27/99 | Fax from Mark Lyons to Zangari valid | Summary Judgment |
| 146 | 5/28/99 | Mark Lyon's Analysis of Patent Pool Amendments and Side Agreements | Summary Judgment |
| 147 | 6/2/99 | Outline of discussions w/George Lyons, Jr. family | Summary Judgment |
| 148 | 6/2/99 | Zangari outline for 6/2/99 meeting | Summary Judgment |
| 149 | 6/2/99 | Fax from Nolan to Harris | Summary Judgment |
| 150 | 6/8/99 | Letter from Harris to Nolan | Summary Judgment |
| 151 | 6/9/99 | The Bilco Company Settlement and Reorganization Agreement | Summary Judgment |
| 152 | 6/21/99 | Products currently sold by Bilco per Agreement through Fifth Supplemental Agreement as of 6/21/99 | Summary Judgment |
| 153 | 6/21/99 | Patents Applicable to Agreement through Fifth Supplemental Agreement | Summary Judgment |
| 154 | 6/21/99 | Bilco Shareholder Consent and Waiver signed by George | Summary Judgment |
| 155 | 6/21/99 | Undated Bilco Shareholder Consent and Waiver; no signatures | Summary Judgment |
| 156 | 6/21/99 | Patent 5,960,596 Roofing Mechanism | Summary Judgment |
| 157 | 10/5/99 | Patent 6,021,606 Lifting Mechanism for Horizontal Hinged Doors | Summary Judgment |
| 158 | 2/8/00 | Letter from Bob Lyons, Jr. to George Lyons, Jr. | Summary Judgment |
| 159 | 3/30/01 | Letter from Bob Lyons to George Lyons, Jr. | Summary Judgment |
| 160 | 4/27/01 | Letter from Bob Lyons, Jr. to William Lyons, Jr. | Summary Judgment |
| 161 | 5/00/98 | Letter from Harris to Teplitzky with enclosures (#5 missing) | Summary Judgment |
| 162 | 5/23/02 | Letter from Teplitzky to Harris | Teplitzky, Joshua |
| 163 | 7/10/02 | Letter from Teplitzky to Harris | Teplitzky, Joshua |

| EXHIBIT NO. | DATE | DESCRIPTION | SOURCE |
|---|---|---|---|
| 164 | 7/10/02 | Corrected letter from Teplitzky to Harris | Teplitzky, Joshua |
| 165 | 9/6/02 | Notice of Deposition | Teplitzky, Joshua |
| 166 | Undated | "Recent Litigation Participation of Joshua A. Teplitzky" | Teplitzky, Joshua |
| 167 | Undated | Pages from Duff & Phelps report | Teplitzky, Joshua |
| 168 | 6/3/99 | Letter from Harris to Zangari and Nolan | Zangari, Mario |
| 169 | 6/9/99 | Letter from Harris to Nolan | Zangari, Mario |
| 170 | 10/5/99 | Patent No. 5,960,596 Roofing Mechanism | DeLio, Anthony |
| 171 | 6/23/98 | U.S. Patent Application of R. Lyons, Sr. for Roofing Mechanism | DeLio, Anthony |
| 172 | 9/11/98 | Notice of Recordation of Asignment Document by U.S. Dept. of Commerce | DeLio, Anthony |
| 173 | 6/23/98 | New Utility Patent Application Transmittal for Roofing Mechanism | DeLio, Anthony |
| 174 | 12/16/98 | Detailed Action re Claim Rejections | DeLio, Anthony |
| 175 | 3/18/99 | Amendment to Application for Roofing Mechanism | DeLio, Anthony |
| 176 | 4/9/99 | Detailed Action re Claim Rejections | DeLio, Anthony |
| 177 | 5/13/99 | Interview Summary | DeLio, Anthony |
| 178 | 5/14/99 | Amendment After Final Rejection | DeLio, Anthony |
| 179 | | U.S. Patent No. 2,939,738 Support Means For Hinged Covers | Cantor, Michael |
| 180 | | U.S. Patent No. 4,145,843 Support Members For Hatch-Cover Life Cylinders | Cantor, Michael |
| 181 | | U.S. Patent No. 4,941,300 Roofing Membrane To Roof Opening Sealing System and Hatchway Employing Same | Cantor, Michael |
| 182 | | File history regarding the '300 Patent | Cantor, Michael |
| 183 | | Bilco mechanical drawing Large Bottom Tubes | Cantor, Michael |
| 184 | | Bilco mechanical drawing Large Top Tubes | Cantor, Michael |
| 185 | | Bilco mechanical drawing Aluminum Spring Bracket-Large | Cantor, Michael |
| 186 | | Bilco mechanical drawing Large Spring Bracket Pin | Cantor, Michael |
| 187 | | Bilco drawing Posi-Flash Label | Cantor, Michael |
| 188 | | Bilco mechanical drawing Left Hand Arm and Guide | Cantor, Michael |
| 189 | | Bilco mechanical drawing Arm Guide With Detent | Cantor, Michael |
| 190 | | Bilco mechanical drawing Left Hand Arm | Cantor, Michael |
| 191 | | Bilco mechanical drawing Posi-Flash Flashing Details | Cantor, Michael |
| 192 | | George Lyons employment file at Bilco | Bilco Co. |
| 193 | 8/26/02 | Paul Ruby Report | Ruby, Paul |
| 194 | 8/23/02 | Michael Cantor Report | Cantor, Michael |
| 195 | | Document from George Lyons Personnel File identifying date on which George retired and started receiving pension from Bilco | Lyons, George |
| 196 | | | |

| EXHIBIT NO. | DATE | DESCRIPTION | SOURCE |
|---|---|---|---|
| 197 | | Stocks, Bonds, Bills, and Inflation: 1999 Yearbook (Chicago; Ibbotsen Associates, annual) | Publication |
| 198 | 3/27/98 | Letter from Zangari to Nolan and Howat attaching 3/23/98 letter from Kosowsky to Zanvari | Zangari, Mario |
| 199 | | cc: GWL, Jr., WCL, Sr., WCL, Jr., EFL) | |
| 200 | 3/2/98 | Three page memo on present value of annuities Bates 1084 | Bates 1084 |