**TAB 1A**

Tab 1a -- Plaintiffs' Proposed Voir Dire Questions

Plaintiffs propose that the following questions be propounded to prospective jurors. What experiences, if any, have you had with family businesses?

1.  What experiences, if any, have any of your family members, friends, or acquaintances had with family businesses?

2.  Have you or anyone you know ever been involved in a dispute concerning a family business? Describe?

3.  Do you have any views about whether business people should behave differently toward others involved in the business based on whether they are related? Explain?

4.  What do you think about people who bring lawsuits?

5.  What do you think about companies who are sued?

6.  What is your personal experience with lawsuits? Your family's experience? Your friends' and associates' experience?

7.  Do you think less of people who choose to bring a lawsuit when they feel they have been wronged? Do you think more of people who choose to bring a lawsuit when they feel they have been wronged? Explain.

8.  This case involves allegations that family members in control of a family business acted unlawfully toward other family members, including an 86 year old man who was the uncle of some of the alleged wrongdoers and the brother of other alleged wrongdoers.

How, if at all, will the age of this plaintiff and the family relationship impact you?

9.   Do you think less of people who choose to sue a family member or a family business when they feel they have been wronged? Do you think more of people who choose to sue a family member or a family business when they feel they have been wronged? Explain.

10.   What if the family relationship is particularly close, such as a brother suing a brother, or a son

11.   One of the plaintiffs in this action is 86 years old. Would you be more likely to find in his favor because of sympathy due to his age?

12.   One of the plaintiffs in this action is 86 years old. If you find that the facts and law support a verdict in his favor, would you be still rule in his favor even though his life expectancy might keep him from personally benefiting from the full amount of the award?

13.   What feelings do you have about our court and jury system? What feelings do you have about large jury awards?

14.   Have you ever been involved in a business dispute? Explain.

15.   Have family members, friends or acquaintances ever been involved in a business dispute. Explain.

16.   Have you ever invented anything? Do you know anyone who has? Explain.