UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | | |
|---|---|---|
| George W. Lyons, Jr., Alicia L. Sturgess, | : | |
| Mark C. Lyons, Chad M. Lyons, | : | Civil Action No: 3:01 CV1106 (RNC) |
| Daria L. O'Connor, Kent C. Lyons, | : | |
| M. Natica Lyons, M. Elizabeth L. Powers, | : | |
| William C. Lyons, Jr., Timothy P. Lyons, | : | |
| Mark C. Lyons, Trustee of the | : | |
| George W. Lyons, Jr. Family Trust | : | |
| | : | |
| v. | : | |
| | : | |
| The Bilco Company | : | June 22, 2004 |

**PLAINTIFFS' MOTION IN LIMINE TO EXCLUDE EVIDENCE OF OTHER
LAWSUITS BROUGHT BY PLAINTIFFS AGAINST FAMILY MEMBERS**

Plaintiffs hereby move to exclude the introduction of evidence and

argument by defendants at the trial herein, concerning: (1) other lawsuits brought

by plaintiffs against family members, and (2) other patent pool members' and

shareholders' decision not to file suit as yet.  Grounds for this motion are set forth

in the accompanying memorandum of law.

Respectfully submitted,

_____

Robert A. Harris (ct#06759)

Zeldes, Needle & Cooper
A Professional Corporation
1000 Lafayette Boulevard
Bridgeport, CT  06604
Telephone:  (203) 333-9441
Fax: (203) 333-9441
E-Mail: rharris@znclaw.com

Attorney for George W. Lyons, Jr.,
Alicia L. Sturgess, Mark C. Lyons,
Chad M. Lyons, Daria L. O'Connor;
Kent C. Lyons, M. Natica Lyons, M.
Elizabeth L. Powers, William C.
Lyons, Jr., Timothy P. Lyons, Mark C.
Lyons, Trustee of the George W.
Lyons, Jr. Family Trust

## <u>CERTIFICATION</u>

This is to certify that a copy of the foregoing was sent via United States

Mail, postage prepaid, on this date, to:

Peter K. Rydel, Esq.
Reid & Reige,P.C.
One Financial Plaza
Hartford, CT  06103

Dated at Bridgeport, Connecticut this 22nd day of June, 2004.


_____
Robert A. Harris

3