UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| George W. Lyons, Jr., Alicia L. Sturgess, : | |
| Mark C. Lyons, Chad M. Lyons, : | Civil Action No: 3:01 CV1106 (RNC) |
| Daria L. O'Connor, Kent C. Lyons, : | |
| M. Natica Lyons, M. Elizabeth L. Powers, : | |
| William C. Lyons, Jr., Timothy P. Lyons, : | |
| Mark C. Lyons, Trustee of the : | |
| George W. Lyons, Jr. Family Trust : | |
| : | |
| v. : | |
| : | |
| The Bilco Company : | June 22, 2004 |

**PLAINTIFFS' MEMORANDUM IN SUPPORT OF THEIR MOTION IN LIMINE TO EXCLUDE EVIDENCE OF (1) OTHER LAWSUITS BROUGHT BY PLAINTIFFS AGAINST FAMILY MEMBERS, AND (2) OTHER PATENT POOL MEMBERS' DECISION NOT TO FILE SUIT AS YET**

This lawsuit is but one aspect of family disagreements between the descendants of George W. Lyons, Sr.  The disagreements resulted in a June 1999 division of family interests in The Bilco Company.  Since that time, there have been there have been various intra-family disputes, some of which have resulted in litigation commenced by Lyons family members and/or the family owned businesses, including the following actions brought by the plaintiffs to this action and the defendant to this action:

1. *Fairfax Properties, Inc. et al v. Christopher Lyons, et al*, CV X06 00-0158234 S, Connecticut Superior Court, Complex Litigation Docket, involved claims that, following the June 1999 separation of Fairfax Properties, Inc. from its former parent, The Bilco Company, certain directors of Fairfax Properties, Inc.

blocked the selection of the independent director required by the parties' agreement.

    2.    *William Lyons, Jr., et al v. Fairfax Properties, Inc., et al.,* X06-CV-01-0169486-S, Connecticut Superior Court, Complex Litigation Docket, involved claims seeking the removal of certain officers and directors from Fairfax Properties, and the appointment of a receiver for the entity.

    3.    *The Bilco Company v. George W. Lyons, Jr., et al*, CV 03-0481630-S, Connecticut Superior Court, involved a suit on a note and guaranty, and a counterclaim by George W. Lyons, Jr. alleging abuse of process.

    4.    *William C. Lyons, Jr. v. Fairfax Properties, Inc., et al,* 3:01 CV 01355 (JBA), United States District Court, involved claims arising out of the failure to transfer a pension account.

A number of disagreements have not resulted in the commencement of litigation, notwithstanding grounds for the assertion of an action.

Aside from the familial relationship, the claims asserted in the other lawsuits have no connection to those at issue here. Consequently, evidence pertaining to the commencement, maintenance and/or resolution of those actions should not be admitted. *Raysor v. Port Authority*, 768 F.2d 34, 40 (2nd Cir. 1985), cert. denied, 475 U.S. 1027 (1986) (excluding questions about the plaintiff's past lawsuits); *Outley v. City of New York*, 837 F.2d 587 (2nd Cir. 1988) (excluding evidence of other lawsuits even if offered to show a bias or prejudice against a class of people, absent a proven pattern of fraudulent lawsuits).

2

Similarly, the claims not asserted—including those by other patent pool holders deprived of their royalties, and shareholders who sold their shares in defendant without knowledge of the defendant's redesign efforts—are not relevant to this action.  Parties choose not to assert claims for a myriad of reasons—expense, compromise of other claims or a decision to "wait and see" how a similar claim plays out.  To admit evidence about a party's failure to assert a claim creates a risk that the trier may reach unfounded conclusions about the perceived merits of the claim that is before it.

## **CONCLUSION**

Because evidence of the assertion or non-assertion of other claims among the Lyons family is irrelevant, and has the potential to improperly prejudice the trieer, plaintiffs respectfully submit that it should be excluded.

Respectfully submitted,

------------------------------

Robert A. Harris (ct#06759)

Zeldes, Needle & Cooper
A Professional Corporation
1000 Lafayette Boulevard
Bridgeport, CT  06604
Telephone:  (203) 333-9441
Fax: (203) 333-9441
E-Mail: rharris@znclaw.com

Attorney for George W. Lyons, Jr.,
Alicia L. Sturgess, Mark C. Lyons,
Chad M. Lyons, Daria L. O'Connor;
Kent C. Lyons, M. Natica Lyons, M.
Elizabeth L. Powers, William C.
Lyons, Jr., Timothy P. Lyons, Mark C.
Lyons, Trustee of the George W.
Lyons, Jr. Family Trust

## **CERTIFICATION**

This is to certify that a copy of the foregoing was sent via United States Mail, postage prepaid, on this date, to:

Peter K. Rydel, Esq.
Reid & Reige,P.C.
One Financial Plaza
Hartford, CT  06103

Dated at Bridgeport, Connecticut this 22nd day of June, 2004.

_____
Robert A. Harris