UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| George W. Lyons, Jr., Alicia L. Sturgess, Mark C. Lyons, Chad M. Lyons, Daria L. O'Connor, Kent C. Lyons, M. Natica Lyons, M. Elizabeth L. Powers, William C. Lyons, Jr., Timothy P. Lyons, Mark C. Lyons, Trustee of the George W. Lyons, Jr. Family Trust | : Civil Action No: 3:01 CV 1106 (RNC) |
| v. | : |
| The Bilco Company | : July 7, 2004 |

PLAINTIFFS' MEMORANDUM IN OPPOSITION TO
DEFENDANT'S MOTION IN LIMINE TO EXCLUDE
ALL TESTIMONY RELATED TO U.S. PATENT #5,960,596

Defendant argues that testimony about U.S. Patent #5,960,596 should be excluded "since the '596 Patent is not relevant to Plaintiffs' allegations." Def.Motion 1. Defendant's claim of irrelevance is based on the fact that the '596 Patent failed to make sufficiently substantial changes to the '300 Patent (the Bilclip Patent) to eliminate or reduce defendant's royalty obligations under the patent pool.

However, the fact that defendant's attempted supplantation of the Bilclip Patent with the '596 Patent proved unsuccessful by no means renders defendant's attempt irrelevant. To the contrary, ample evidence demonstrates that defendant's attempt was undertaken for the express purpose of avoiding royalty obligations by designing around the Bilclip Patent. See, Tabs 1-4. Only after that effort proved unsuccessful did defendant resort to the trivial and inconsequential removal of the Pak-Rope.

Defendant's efforts and failures with the '596 Patent thus are highly relevant to demonstrate defendant's intent.

Since intent is material to all five counts of the complaint, evidence about the '596 Patent is admissible.

## Conclusion

For these reasons, therefore, defendant's Motion In Limine To Exclude All Testimony Related To U.S. Patent #5,960,596 should be denied.

Respectfully submitted,

Robert A. Harris (ct#06759)

Zeldes, Needle & Cooper
A Professional Corporation
1000 Lafayette Boulevard
Bridgeport, CT 06604
Telephone: (203) 333-9441
E-Mail: rharris@znclaw.com

Attorneys for Plaintiffs