*held  
2 hrs 45 min.*

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

Settlement Conference

Honorable Robert N. Chatigny, U.S.D.J.

July 13, 2004

1:00 *pm*

CASE NO. 3-01-cv-1106(RNC)   Lyons, et al., v. The Bilco Co.

✓Robert A. Harris
Marie A. Casper
Zeldes, Needle & Cooper
1000 Lafayette Blvd., PO Box 1740
Bridgeport, CT 06601-1740

✓Maurice T. Fitzmaurice
Jennifer R. Lucarelli
Edward F. Spinella
✓Peter Rydel
Reid & Riege, P.C.
One Financial Plaza
755 Main Street, 21st Floor
Hartford, CT 06103-3185

BY ORDER OF THE COURT
KEVIN F. ROWE, CLERK