FILED

2004 SEP 21  P 4:09

U.S. DISTRICT COURT

UNITED STATES DISTRICT COURT
DISTRICT OF CONNECTICUT

| | |
|---|---|
| GEORGE W. LYONS, JR., ALICIA L. STURGESS, MARK C. LYONS, CHAD M. LYONS, DARIA L. O'CONNOR, KENT C. LYONS, M. NATICA LYONS, M. ELIZABETH L. POWERS, WILLIAM C. LYONS, JR., TIMOTHY P. LYONS, MARK C. LYONS, TRUSTEE OF THE GEORGE W. LYONS, JR. FAMILY TRUST | Civil Action No. 3:01 CV 1106 (RNC) |
| v. | |
| THE BILCO COMPANY | September 17, 2004 |

### ORDER

Pursuant to Rule 41 (a) (2) of the Federal Rules of Civil Procedure, this Action is hereby dismissed with prejudice, except that the Court shall retain jurisdiction for the limited purpose to decide any dispute between George Lyons, Jr. and The Bilco Company ("Bilco") about whether future inventions or product improvements in Bilco's metal basement door products eliminate, reduce, or otherwise impact Bilco's obligation to make payments to George Lyons, Jr. under the Patent Pool Agreement for those products. In any dispute brought to the Court pursuant to this Paragraph, the prevailing party shall be entitled to an award of reasonable attorneys' fees. Prior to the Court's adjudication of any such dispute, the parties shall submit such dispute to mediation before a mutually acceptable mediator, or, in the absence of a mutually acceptable mediator, before such mediator as the Court may appoint.

Dated: 9/21/04

United States District Judge

00961.001/364934.1